Simms Unemployment Compensation Case.

Argued September 15, 1965. *Richard Kirschner*, with him *Wilderman, Markowitz & Kirschner*, for claimants, appellants; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee; *Frank E. Hahn, Jr.*, with him *John F. E. Hippel*, and *Obermayer, Rebmann, Maxwell & Hippel*, for intervening appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the decision of the Board is affirmed.

FLOOD, J., absent.

October 21, 1965

Commonwealth ex rel. Bordner, Appellant, *v.* Russell.

Submitted September 13, 1965. *Frank Bordner*, appellant, in propria persona; *Ralph J. Althouse, Jr.*, Assistant District Attorney, and *W. Richard Eshelman*, District Attorney, for appellee.

Order affirmed.